1  James D. Crosby  (California State Bar No. 110383)
   Attorney at Law
2  2311 Hickory Street
   San Diego, California 92101
3  Telephone: (858) 705-0083
   Email: crosbyattorney@gmail.com
4
   Plaintiff/Judgment Creditor *In Pro Per*
5

6

7
                          DISTRICT COURT
8
                    CLARK COUNTY, NEVADA
9
   JAMES D. CROSBY, an individual,        ) Case No. A-16-739130-F
10                                         )
                                           ) NOTICE OF FILING APPLICATION FOR
11              Plaintiff,                  ) FOREIGN JUDGMENT AND AFFIDAVIT OF
                                           ) JUDGMENT CREDITOR
12 vs.                                     )
                                           )
13 PHILIP NEUMAN, an individual,           )
                                           )
14              Defendants                 )
                                           )
15                                         )
   _____)
16

17        NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT

18              AND AFFIDAVIT OF JUDGMENT CREDITOR

19      TO:    Philip Neuman, Defendant

20      TO:    Edward Griffith, Attorney for Defendant/Judgment Creditor Phillip Neuman

21      TAKE NOTICE that an Application for Foreign Judgment and Affidavit of Judgment Creditor ,

22 copies of which is attached hereto as Exhibit "1" were filed in the above-referenced case of the 27th day of

23 June 2016.

24      The name and address of the judgment creditor is:

25              James D. Crosby
                2311 Hickory Street
26              San Diego, California 92103

27

28

                                          1
NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT CREDITOR

1    The name and address of the judgment creditor is:

2        James D. Crosby, *In Pro Per*.
        Attorney at Law
3        2311 Hickory Street
        San Diego, California 92103
4        Telephone: (858) 705-0083
        Email: crosbyattorney@gmail.com

5

6

7        James D. Crosby, *In Pro Per*.
        Attorney at Law
8        2311 Hickory Street
        San Diego, California 92103

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT CREDITOR

# EXHIBIT "1"

1    James D. Crosby  (California State Bar No. 110383)
     Attorney at Law
2    2311 Hickory Street                                      Electronically Filed
     San Diego, California 92101                              06/27/2016 09:37:50 AM
3    Telephone: (858) 705-0083
     Email: crosbyattorney@gmail.com
4
     Plaintiff/Judgment Creditor *In Pro Per*
5                                                             CLERK OF THE COURT
6
7                           DISTRICT COURT
8                       CLARK COUNTY, NEVADA
9    JAMES D. CROSBY, an individual,        )  Case No. A- 1 6 - 7 3 9 1 3 0 - F
                                            )
10                                          )  Dept. No.  X I I I
                   Plaintiff,               )
11                                          )  APPLICATION FOR FOREIGN JUDGMENT
                                            )
12   vs.                                    )
                                            )
13   PHILIP NEUMAN, an individual,          )
                                            )
14                 Defendants               )
                                            )
15   _____)
                                            )
16
17        COMES NOW Plaintiff/Judgment Creditor JAMES D. CROSBY, *In Pro Per*, and hereby files his

18   Foreign Judgment pursuant to NRS 17, specifically NRS 17.350, and registers an exemplified copy of the

19   Judgment, attached hereto as Exhibit "1", as follows:

20        "Amended and Restated Judgment" from the Superior Court of the State of California, County of

21   San Diego, North County Division, signed by the Honorable Judge Robert P. Dahlquist and filed

22   on April 15, 2014.

23        I declare under the penalty of perjury under the law of the State of Nevada that the foregoing is true

24   and correct. Dated this 27th day of June 2016.

25

26

27                                               James D. Crosby

28

                                     1
                          APPLICATION FOR FOREIGN JUDGMENT

EXHIBIT "1"

Case Number  : 37-2010-00057331 _____   Case Name   : Crosby v. Neuman _____

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

Amended and Restated Judgment 4/15/16 2pgs ; Plaintiff Notice of Motion and Motion for Atty Fees 3/07/16 2pgs ; Minute order 04/11/16 3 pgs.

_____

_____

_____

_____

WITNESS my hand and the seal of the court this

24 _____ day of June _____ , 2016 ____

MICHAEL RODDY
Clerk of the Superior Court of the State of California
for the County of San Diego

I, **JEFFREY BARTON**, Judge of the Superior Court of the State of California for the County of San Diego, certify that MICHAEL RODDY whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

24 _____ day of June _____ , 2016 ____

JEFFREY BARTON
Judge of the Superior Court of the State of California
for the County of San Diego

I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that the Honorable **JEFFREY BARTON**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

24 _____ day of June _____ , 2016 ____

MICHAEL RODDY
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-015 J (Rev. 1/16)

F I L E D
Clerk of the Superior Court

APR 15 2014

By: L. ARTHUR, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| JAMES D. CROSBY, an individual, | Case No.: 37-2010-00057331-CU-CO-NC |
| Plaintiff, | **AMENDED AND RESTATED JUDGMENT** [Proposed] |
| v. | |
| PHILIP NEUMAN, an individual, and DOES 1 through 50, inclusive, | Dept.: N-29<br>Judge: Hon. Robert P. Dahlquist |
| Defendants. | Verified Complaint filed: July 15, 2010 |

On October 25, 2011, this Court entered its Order Granting Summary Judgment in favor of Plaintiff, James D. Crosby, and against Defendant, Philip Neuman.

On November 1, 2011, this Court entered Judgment in favor of Plaintiff James D. Crosby and ordered that Plaintiff may recover from Defendant, Philip Neuman, the sum of $382,533.87.

On November 16, 2011, Plaintiff filed with the Court a Memorandum of Costs in the amount of $1,706.04, and Plaintiff is entitled to recover that sum as costs from Defendant, Philip Neuman.

On March 1, 2012, pursuant to a stipulation between the parties, this Court entered an Order awarding Plaintiff reasonable attorneys' fees incurred in the amount of $60,000.00 to be added as allowable costs to the Judgment previously entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from Defendant, Philip Neuman.

On April 11, 2014, pursuant to an unopposed motion following the Court of Appeal's affirmance of the underlying Judgment, for an award of additional reasonable attorneys' fees incurred

1

AMENDED AND RESTATED JUDGMENT [Proposed]

1    post-March 1, 2012, this Court entered an Order awarding Plaintiff additional reasonable attorneys'

2    fees incurred in the amount of $67,828.26 to be added as allowable costs to the Judgment previously

3    entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from

4    Defendant, Philip Neuman.

5       NOW, THEREFORE, THE COURT HEREBY AMENDS AND RESTATES THE

6    JUDGMENT ENTERED IN THIS ACTION TO ADJUDGE, ORDER AND DECREE that Plaintiff,

7    James D. Crosby, recover from Defendant, Philip Neuman, the following sums: $382,533.87 as of

8    November 1, 2011; plus costs in the amount of $1,706.04; plus reasonable attorneys' fees in the

9    amount of $60,000.00 as of March 1, 2012, plus additional reasonable attorneys' fees in the amount

10    of $67,828.26 as of April 11, 2014.

11

12    Dated: _April 15, 2014_

13                                ROBERT P. DAHLQUIST
                                  JUDGE OF THE SUPERIOR COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED AND RESTATED JUDGMENT [Proposed]

James D. Crosby  (California State Bar No. 110383)
Attorney at Law
2311 Hickory Street
San Diego, California 92103
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

Plaintiff/Judgment Creditor *In Pro Per*

DISTRICT COURT

CLARK COUNTY, NEVADA

JAMES D. CROSBY, an individual,           ) Case No.
                                          )
                                          ) Dept. No.
             Plaintiff,                   )
                                          ) AFFIDAVIT OF JUDGMENT CREDITOR
vs.                                       )
                                          )
PHILIP NEUMAN, an individual,             )
                                          )
             Defendants                   )
                                          )
                                          )
_____            )

## AFFIDAVIT OF JUDGMENT CREDITOR

1.  The name and last known addresses of the Judgment Debtor are:

Philip Neuman
16 Hubbard School Lane
Ramsey, NJ 07446

345 State Route 17
Upper Saddle River, NJ 07458

1938 Grey Eagle Street
Henderson, NV 89074

2.  The name and address of the Judgment Creditor is:

James D. Crosby
2311 Hickory Street
San Diego, California 92103

1

AFFIDAVIT OF JUDGMENT CREDITOR

3.      The foreign judgment that is attached to the Application for Foreign Judgment is valid and enforceable.

4.      As of June 27, 2016, none ($0) of the foreign judgment has been satisfied and **$733,345.77** remains due and owing.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Dated this 27th day of June 2016.

James D. Crosby

AFFIDAVIT OF JUDGMENT CREDITOR

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
                           )ss.
COUNTY OF SAN DIEGO )

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2016, by James D. Crosby, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


_____
Notary Public

APRIL SCOTT
Commission # 2129327
Notary Public - California
San Diego County
My Comm. Expires Nov 4, 2019

(Seal)

1  James D. Crosby  (California State Bar No. 110383)
   Attorney at Law
2  2311 Hickory Street
   San Diego, California 92101
3  Telephone: (858) 705-0083
   Email: crosbyattorney@gmail.com
4
   Plaintiff/Judgment Creditor *In Pro Per*
5

6

7
                         DISTRICT COURT
8
                      CLARK COUNTY, NEVADA
9
   JAMES D. CROSBY, an individual,      )  Case No. A-16-739130-F
10                                       )
                                         )
11              Plaintiff,               )  AFFIDAVIT OF SERVICE
                                         )
12  vs.                                  )
                                         )
13  PHILIP NEUMAN, an individual,        )
                                         )
14              Defendants               )
                                         )
15                                       )
                                         )
16  ——————————————————————————————       )

17                     <u>AFFIDAVIT OF SERVICE</u>

18          The undersigned hereby certifies that on the 27ᵗʰ day of June 2016 he served a copy of the NOTICE

19  OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT

20  CREDITOR by personally depositing copies of same, in a mail box of the United States Postal Office,

21  enclosed in a sealed envelope, postage prepaid, certified mail, return receipt requested, addressed to the

22  following at their last known addresses:

23              Philip Neuman
                16 Hubbard School Lane
24              Ramsey, NJ 07446

25              Philip Neuman
                345 State Route 17
26              Upper Saddle River, NJ 07458

27

28

                                    1
                           AFFIDAVIT OF SERVICE

1   Philip Neuman
    1938 Grey Eagle Street
2   Henderson, NV 89074

3   Attorney for Defendant/Judgment Debtor Phillip Neuman
    Edward Griffith
4   The Griffith Firm
    45 Broadway Ste 2200
5   New York, NY 10006-3717

6       I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true

7   and correct. Executed this 27th day of June 2016

8

9

10                    James D. Crosby

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28