Electronically Filed
8/24/2017 12:24 PM
Steven D. Grierson
CLERK OF THE COURT

1  James D. Crosby  (California State Bar No. 110383)
Attorney at Law
2  550 Wes C Street, Suite 790
San Diego, California 92101
3  Telephone: (619) 450-4149
Email: crosby@crosbyattorney.com
4
Plaintiff/Judgment Creditor *In Pro Per*
5

6

7                              DISTRICT COURT
8                          CLARK COUNTY, NEVADA
9
JAMES D. CROSBY, an individual,          )   Case No. A-16-739130-F
10                                       )
                                         )   Dept. No. XIII
11                      Plaintiff,       )
                                         )   EX-PARTE APPLICATION FOR ORDER
12  vs.                                  )   ALLOWING EXAMINATION OF
                                         )   JUDGMENT DEBTOR
13  PHILIP NEUMAN, an individual,        )
                                         )
14                     Defendants        )
                                         )
15                                       )
                                         )
16  ─────────────────────────────── )

17            EX-PARTE APPLICATION FOR ORDER ALLOWING
18               EXAMINATION OF JUDGMENT DEBTOR
19         Plaintiff James D. Crosby applies for an order requiring defendant Philip Neuman to appear
20  at 9:00 a.m. on Monday, September 25, 2017 at Oasis Reporting Services, 400 South Seventh Street,
21  Suite 400, Las Vegas, NV 89101, Phone: 702-476-4500, to answer questions under oath and
22  produce documents concerning the defendant's assets and property.
23         This application is based on the foreign judgment entered in this matter on June 27, 2016 and
24  on the affidavit of James D. Crosby filed herewith.
25
26  Date: August 8, 2017
27                                           James D. Crosby,
                                             Plaintiff/Judgment Creditor *In Pro Per*
28

                                      1

Electronically Filed
8/24/2017 12:24 PM
Steven D. Grierson
CLERK OF THE COURT

1  James D. Crosby  (California State Bar No. 110383)
   Attorney at Law
2  550 Wes C Street, Suite 790
   San Diego, California 92101
3  Telephone: (619) 450-4149
   Email: crosby@crosbyattorney.com
4
   Plaintiff/Judgment Creditor *In Pro Per*
5

6

7                        DISTRICT COURT
8                   CLARK COUNTY, NEVADA
9
   JAMES D. CROSBY, an individual,         )  Case No. A-16-739130-F
10                                         )
                                           )  Dept. No. XIII
11            Plaintiff,                    )
                                           )  AFFIDAVIT OF PLAINTIFF/JUDGMENT
12  vs.                                     )  CREDITOR JAMES D. CROSBY IN
                                           )  SUPPORT OF EX-PARTE APPLICATION
13  PHILIP NEUMAN, an individual,          )  FOR ORDER ALLOWING
                                           )  EXAMINATION OF JUDGMENT
14            Defendants                    )  DEBTOR
                                           )
15                                         )
                                           )
16  _____   )

17        I, James D. Crosby, do hereby declare and state as follows:

18  1.      I am the plaintiff in the above-entitled action. I have personal knowledge of the facts

19  contained herein and am competent to testify to those facts.

20  2.      A Foreign Judgment was filed against defendant Philip Neuman and in my favor in the

21  above referenced action on June 27, 2016. True and correct copies of the conformed Application

22  for Foreign Judgment and Notice of Filing Application for Foreign Judgment and Affidavit of

23  Judgment Creditor are attached hereto as Exhibit 1.

24  3.      As of this date, the judgment has not been satisfied in whole or in part and the entire

25  judgment plus interest thereon remains outstanding.

26  4.      Despite diligent efforts to locate assets of the defendant, plaintiff has not been able to locate

27  the whereabouts of such assets.

28
                                        1
   AFFIDAVIT OF PLAINTIFF/JUDGMENT CREDITOR JAMES D. CROSBY IN SUPPORT OF EX-PARTE
        APPLICATION FOR ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR

5.     Plaintiff requests issuance of an order requiring defendant Philip Neuman to appear at 9:00 a.m. on Monday, September 25, 2017 at Oasis Reporting Services, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101 to answer questions under oath and produce documents concerning the defendant's assets and property.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Dated this 7th day of August 2017.

James D. Crosby

AFFIDAVIT OF PLAINTIFF/JUDGMENT CREDITOR JAMES D. CROSBY IN SUPPORT OF EX-PARTE APPLICATION FOR ORDER ALLOWING EXAMINATION OF JUDGMENT DEBTOR

# EXHIBIT "1"

James D. Crosby  (California State Bar No. 110383)
Attorney at Law
2311 Hickory Street
San Diego, California 92101
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

Plaintiff/Judgment Creditor *In Pro Per*

Electronically Filed
06/27/2016 09:37:50 AM

*[signature]*

**CLERK OF THE COURT**

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JAMES D. CROSBY, an individual, | Case No. A- 1 6 - 7 3 9 1 3 0 - F |
| Plaintiff, | Dept. No. XI I I |
| vs. | APPLICATION FOR FOREIGN JUDGMENT |
| PHILIP NEUMAN, an individual, | |
| Defendants | |

COMES NOW Plaintiff/Judgment Creditor JAMES D. CROSBY, *In Pro Per*, and hereby files his Foreign Judgment pursuant to NRS 17, specifically NRS 17.350, and registers an exemplified copy of the Judgment, attached hereto as Exhibit "1", as follows:

"Amended and Restated Judgment" from the Superior Court of the State of California, County of San Diego, North County Division, signed by the Honorable Judge Robert P. Dahlquist and filed on April 15, 2014.

I declare under the penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Dated this 27th day of June 2016.

*[signature]*

James D. Crosby

1

EXHIBIT "1"

Case Number  : 37-2010-00057331            Case Name   : Crosby v. Neuman

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

    I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

Amended and Restated Judgment 4/15/16 2pgs ; Plaintiff Notice of Motion and Motion for Atty Fees 3/07/16 2pgs ; Minute order 04/11/16 3 pgs.

WITNESS my hand and the seal of the court this

24 _____ day of June _____ , 2016

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

    I, **JEFFREY BARTON**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

24 _____ day of June _____ , 2016

**JEFFREY BARTON**
Judge of the Superior Court of the State of California
for the County of San Diego

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **JEFFREY BARTON**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

24 _____ day of June _____ , 2016

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-015 J (Rev. 1/16)

F I L E D
Clerk of the Superior Court

APR 15 2014

By: L. ARTHUR, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| JAMES D. CROSBY, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>PHILIP NEUMAN, an individual, and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 37-2010-00057331-CU-CO-NC<br><br>**AMENDED AND RESTATED JUDGMENT**<br>[         ]<br><br>Dept.: N-29<br>Judge: Hon. Robert P. Dahlquist<br><br>Verified Complaint filed: July 15, 2010 |

On October 25, 2011, this Court entered its Order Granting Summary Judgment in favor of Plaintiff, James D. Crosby, and against Defendant, Philip Neuman.

On November 1, 2011, this Court entered Judgment in favor of Plaintiff James D. Crosby and ordered that Plaintiff may recover from Defendant, Philip Neuman, the sum of $382,533.87.

On November 16, 2011, Plaintiff filed with the Court a Memorandum of Costs in the amount of $1,706.04, and Plaintiff is entitled to recover that sum as costs from Defendant, Philip Neuman.

On March 1, 2012, pursuant to a stipulation between the parties, this Court entered an Order awarding Plaintiff reasonable attorneys' fees incurred in the amount of $60,000.00 to be added as allowable costs to the Judgment previously entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from Defendant, Philip Neuman.

On April 11, 2014, pursuant to an unopposed motion following the Court of Appeal's affirmance of the underlying Judgment, for an award of additional reasonable attorneys' fees incurred

1

**AMENDED AND RESTATED JUDGMENT [Proposed]**

1  post-March 1, 2012, this Court entered an Order awarding Plaintiff additional reasonable attorneys'

2  fees incurred in the amount of $67,828.26 to be added as allowable costs to the Judgment previously

3  entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from

4  Defendant, Philip Neuman.

5      NOW, THEREFORE, THE COURT HEREBY AMENDS AND RESTATES THE

6  JUDGMENT ENTERED IN THIS ACTION TO ADJUDGE, ORDER AND DECREE that Plaintiff,

7  James D. Crosby, recover from Defendant, Philip Neuman, the following sums: $382,533.87 as of

8  November 1, 2011; plus costs in the amount of $1,706.04; plus reasonable attorneys' fees in the

9  amount of $60,000.00 as of March 1, 2012, plus additional reasonable attorneys' fees in the amount

10  of $67,828.26 as of April 11, 2014.

11

12  Dated: _April 15, 2014_____                    _Robert P. Dahlquist_____

13                                                   ROBERT P. DAHLQUIST
                                                     JUDGE OF THE SUPERIOR COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED AND RESTATED JUDGMENT [Proposed]

James D. Crosby  (California State Bar No. 110383)
Attorney at Law
2311 Hickory Street
San Diego, California 92103
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

Plaintiff/Judgment Creditor *In Pro Per*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JAMES D. CROSBY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIP NEUMAN, an individual,<br><br>    Defendants | Case No.<br><br>Dept. No.<br><br>**AFFIDAVIT OF JUDGMENT CREDITOR** |

**AFFIDAVIT OF JUDGMENT CREDITOR**

1. The name and last known addresses of the Judgment Debtor are:

  Philip Neuman
  16 Hubbard School Lane
  Ramsey, NJ 07446

  345 State Route 17
  Upper Saddle River, NJ 07458

  1938 Grey Eagle Street
  Henderson, NV 89074

2. The name and address of the Judgment Creditor is:

  James D. Crosby
  2311 Hickory Street
  San Diego, California 92103

1

3. The foreign judgment that is attached to the Application for Foreign Judgment is valid and enforceable.

4. As of June 27, 2016, none ($0) of the foreign judgment has been satisfied and **$733,345.77** remains due and owing.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Dated this 27th day of June 2016.

James D. Crosby

AFFIDAVIT OF JUDGMENT CREDITOR

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA            )
                               )ss.
COUNTY OF SAN DIEGO            )

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2016, by James D. Crosby, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


_April Scott_____
Notary Public

APRIL SCOTT
Commission # 2129327
Notary Public - California
San Diego County
My Comm. Expires Nov 4, 2019

(Seal)

1   James D. Crosby  (California State Bar No. 110383)
   Attorney at Law
2   2311 Hickory Street
   San Diego, California 92101
3   Telephone: (858) 705-0083
   Email: crosbyattorney@gmail.com
4
   Plaintiff/Judgment Creditor *In Pro Per*
5

Electronically Filed
06/27/2016 10:40:06 AM

**CLERK OF THE COURT**

6

7                    DISTRICT COURT

8             CLARK COUNTY, NEVADA

9

| | |
|---|---|
| JAMES D. CROSBY, an individual, | ) Case No. A-16-739130-F |
| | ) |
| Plaintiff, | ) NOTICE OF FILING APPLICATION FOR |
| | ) FOREIGN JUDGMENT AND AFFIDAVIT OF |
| | ) JUDGMENT CREDITOR |
| vs. | ) |
| | ) |
| PHILIP NEUMAN, an individual, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

17        NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT

18           AND AFFIDAVIT OF JUDGMENT CREDITOR

19    TO:   Philip Neuman, Defendant

20    TO:   Edward Griffith, Attorney for Defendant/Judgment Creditor Phillip Neuman

21       TAKE NOTICE that an Application for Foreign Judgment and Affidavit of Judgment Creditor ,

22  copies of which is attached hereto as Exhibit "1" were filed in the above-referenced case of the 27th day of

23  June 2016.

24       The name and address of the judgment creditor is:

25          James D. Crosby
             2311 Hickory Street
26          San Diego, California 92103

27

28

NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT CREDITOR

1

The name and address of the judgment creditor is:

2

James D. Crosby, *In Pro Per.*
Attorney at Law
2311 Hickory Street
San Diego, California 92103
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

3

4

5

6

7

James D. Crosby, *In Pro Per.*
Attorney at Law
2311 Hickory Street
San Diego, California 92103

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT CREDITOR

# EXHIBIT "1"

James D. Crosby (California State Bar No. 110383)
Attorney at Law
2311 Hickory Street
San Diego, California 92101
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

Plaintiff/Judgment Creditor *In Pro Per*

Electronically Filed
06/27/2016 09:37:50 AM

**CLERK OF THE COURT**

DISTRICT COURT

CLARK COUNTY, NEVADA

JAMES D. CROSBY, an individual,

              Plaintiff,

vs.

PHILIP NEUMAN, an individual,

              Defendants

Case No. A-16-739130-F

Dept. No. XIII

APPLICATION FOR FOREIGN JUDGMENT

    COMES NOW Plaintiff/Judgment Creditor JAMES D. CROSBY, *In Pro Per*, and hereby files his Foreign Judgment pursuant to NRS 17, specifically NRS 17.350, and registers an exemplified copy of the Judgment, attached hereto as Exhibit "1", as follows:

    "Amended and Restated Judgment" from the Superior Court of the State of California, County of San Diego, North County Division, signed by the Honorable Judge Robert P. Dahlquist and filed on April 15, 2014.

    I declare under the penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Dated this 27th day of June 2016.

James D. Crosby

1

EXHIBIT "1"

Case Number  : 37-2010-00057331 _____   Case Name   : Crosby v. Neuman _____

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego, which is a court of record having a seal, certify that by law I have custody of the seal and all the records, books and documents of or pertaining to said court.

    I further certify that the document or documents described below and annexed hereto contains a full, true and correct copy of the original document or documents of or pertaining to the Superior Court which is/are on file in my office.

Amended and Restated Judgment 4/15/16 2pgs ; Plaintiff Notice of Motion and Motion for Atty Fees 3/07/16 2pgs ; Minute order 04/11/16 3 pgs.

WITNESS my hand and the seal of the court this

24 _____ day of June _____, 2016 ___

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

    I, **JEFFREY BARTON**, Judge of the Superior Court of the State of California for the County of San Diego, certify that **MICHAEL RODDY** whose signature is affixed to the above certificate, is the Clerk of the Superior Court of the State of California for said County. As such clerk, he is the proper certifying officer of the court, and by law has custody of the seal and all the records, books and documents of or pertaining to the court, and his certificate is in due form as used in this state.

IN WITNESS WHEREOF I have hereunto set my hand this

24 _____ day of June _____, 2016 ___

**JEFFREY BARTON**
Judge of the Superior Court of the State of California
for the County of San Diego

    I, **MICHAEL RODDY**, Clerk of the Superior Court of the State of California for the County of San Diego which is a court of record having a seal, certify that the Honorable **JEFFREY BARTON**, whose name is subscribed to the above certificate of qualification, was at the date thereof a Judge of the Superior Court of the State of California, for the County of San Diego, duly appointed or elected and qualified and acting; that said judge is authorized to make such certificates; that full faith and credit are due the official acts as such judge. I further certify that the signature subscribed on the certificate is genuine and that the certificate is executed according to the laws of the State of California.

WITNESS my hand and the seal of the court this

24 _____ day of June _____, 2016 ___

**MICHAEL RODDY**
Clerk of the Superior Court of the State of California
for the County of San Diego

SDSC CIV-015 J (Rev. 1/16)

F I L E D
Clerk of the Superior Court

APR 15 2014

By: L. ARTHUR, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION

| | |
|---|---|
| JAMES D. CROSBY, an individual, | Case No.: 37-2010-00057331-CU-CO-NC |
| Plaintiff, | **AMENDED AND RESTATED JUDGMENT** |
| v. | |
| PHILIP NEUMAN, an individual, and DOES 1 through 50, inclusive, | Dept.: N-29 Judge: Hon. Robert P. Dahlquist |
| Defendants. | Verified Complaint filed: July 15, 2010 |

On October 25, 2011, this Court entered its Order Granting Summary Judgment in favor of Plaintiff, James D. Crosby, and against Defendant, Philip Neuman.

On November 1, 2011, this Court entered Judgment in favor of Plaintiff James D. Crosby and ordered that Plaintiff may recover from Defendant, Philip Neuman, the sum of $382,533.87.

On November 16, 2011, Plaintiff filed with the Court a Memorandum of Costs in the amount of $1,706.04, and Plaintiff is entitled to recover that sum as costs from Defendant, Philip Neuman.

On March 1, 2012, pursuant to a stipulation between the parties, this Court entered an Order awarding Plaintiff reasonable attorneys' fees incurred in the amount of $60,000.00 to be added as allowable costs to the Judgment previously entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from Defendant, Philip Neuman.

On April 11, 2014, pursuant to an unopposed motion following the Court of Appeal's affirmance of the underlying Judgment, for an award of additional reasonable attorneys' fees incurred

1

AMENDED AND RESTATED JUDGMENT [Proposed]

1  post-March 1, 2012, this Court entered an Order awarding Plaintiff additional reasonable attorneys'

2  fees incurred in the amount of $67,828.26 to be added as allowable costs to the Judgment previously

3  entered in this action on November 1, 2011, and Plaintiff is entitled to recover that sum from

4  Defendant, Philip Neuman.

5      NOW, THEREFORE, THE COURT HEREBY AMENDS AND RESTATES THE

6  JUDGMENT ENTERED IN THIS ACTION TO ADJUDGE, ORDER AND DECREE that Plaintiff,

7  James D. Crosby, recover from Defendant, Philip Neuman, the following sums: $382,533.87 as of

8  November 1, 2011; plus costs in the amount of $1,706.04; plus reasonable attorneys' fees in the

9  amount of $60,000.00 as of March 1, 2012, plus additional reasonable attorneys' fees in the amount

10  of $67,828.26 as of April 11, 2014.

11

12  Dated: _April 15, 2014_____    ROBERT P. DAHLQUIST
13                                            JUDGE OF THE SUPERIOR COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED AND RESTATED JUDGMENT [Proposed]

1  James D. Crosby  (California State Bar No. 110383)
   Attorney at Law
2  2311 Hickory Street
   San Diego, California 92103
3  Telephone: (858) 705-0083
   Email: crosbyattorney@gmail.com
4
   Plaintiff/Judgment Creditor *In Pro Per*
5

6

7

8                              DISTRICT COURT

9                         CLARK COUNTY, NEVADA

10  JAMES D. CROSBY, an individual,        ) Case No.
                                           )
11                                         ) Dept. No.
                    Plaintiff,             )
12                                         ) AFFIDAVIT OF JUDGMENT CREDITOR
    vs.                                    )
13                                         )
    PHILIP NEUMAN, an individual,          )
14                                         )
                    Defendants             )
15                                         )
                                           )
16  _____   )

17
                    **AFFIDAVIT OF JUDGMENT CREDITOR**
18
        1.    The name and last known addresses of the Judgment Debtor are:
19
              Philip Neuman
20            16 Hubbard School Lane
              Ramsey, NJ 07446
21
              345 State Route 17
22            Upper Saddle River, NJ 07458

23            1938 Grey Eagle Street
              Henderson, NV 89074
24
        2.    The name and address of the Judgment Creditor is:
25
              James D. Crosby
26            2311 Hickory Street
              San Diego, California 92103
27

28

                                    1
              AFFIDAVIT OF JUDGMENT CREDITOR

3.    The foreign judgment that is attached to the Application for Foreign Judgment is valid and enforceable.

4.    As of June 27, 2016, none ($0) of the foreign judgment has been satisfied and **$733,345.77** remains due and owing.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Dated this 27th day of June 2016.

James D. Crosby

---

AFFIDAVIT OF JUDGMENT CREDITOR

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
           )ss.
COUNTY OF SAN DIEGO )

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2016, by James D. Crosby, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

APRIL SCOTT
Commission # 2129327
Notary Public - California
San Diego County
My Comm. Expires Nov 4, 2019

(Seal)

James D. Crosby  (California State Bar No. 110383)
Attorney at Law
2311 Hickory Street
San Diego, California 92101
Telephone: (858) 705-0083
Email: crosbyattorney@gmail.com

Plaintiff/Judgment Creditor *In Pro Per*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JAMES D. CROSBY, an individual, | ) Case No. A-16-739130-F |
| | ) |
| | ) |
| Plaintiff, | ) AFFIDAVIT OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| PHILIP NEUMAN, an individual, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| ———————————————— | ) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on the 27th day of June 2016 he served a copy of the NOTICE OF FILING APPLICATION FOR FOREIGN JUDGMENT AND AFFIDAVIT OF JUDGMENT CREDITOR by personally depositing copies of same, in a mail box of the United States Postal Office, enclosed in a sealed envelope, postage prepaid, certified mail, return receipt requested, addressed to the following at their last known addresses:

Philip Neuman
16 Hubbard School Lane
Ramsey, NJ 07446

Philip Neuman
345 State Route 17
Upper Saddle River, NJ 07458

1
AFFIDAVIT OF SERVICE

1   Philip Neuman
    1938 Grey Eagle Street
2   Henderson, NV 89074

3   Attorney for Defendant/Judgment Debtor Phillip Neuman
    Edward Griffith
4   The Griffith Firm
    45 Broadway Ste 2200
5   New York, NY 10006-3717

6   I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true

7   and correct. Executed this 27th day of June 2016

8

9

10   James D. Crosby

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
AFFIDAVIT OF SERVICE

James D. Crosby  (California State Bar No. 110383)
Attorney at Law
550 Wes C Street, Suite 790
San Diego, California 92101
Telephone: (619) 450-4149
Email: crosby@crosbyattorney.com

Plaintiff/Judgment Creditor *In Pro Per*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JAMES D. CROSBY, an individual, | Case No. A-16-739130-F |
| | Dept. No. XIII |
| Plaintiff, | ORDER FOR APPEARANCE OF |
| vs. | JUDGMENT DEBTOR |
| PHILIP NEUMAN, an individual, | |
| Defendants | |

<u>ORDER FOR APPEARANCE OF JUDGMENT DEBTOR</u>

GOOD CAUSE APPEARING,

IT IS ORDERED, that you, Phillip Neuman, appear at 9:00 a.m. on Monday, September 25, 2017 at Oasis Reporting Services, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, Phone: 702-476-4500, with regard to the foreign judgment entered against you in this matter on Monday, September 25, 2016, then and there to answers question under oath concerning your assets and property.

YOU ARE FURTHER ORDERED to bring with you and produce for inspection and/or copying at Oasis Reporting Services, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, Phone: 702-476-4500, at 9:00 a.m. on Monday, September 25, 2017 the documents listed in Exhibit 1 attached hereto.

1

1  YOUR FAILURE TO APPEAR AND TO PRODUCE THE DOCUMENTS LISTED IN

2  EXHIBIT 1 ATTACHED HERETO COULD RESULT IN AN ORDER TO SHOW CAUSE

3  TO BE ISSUED TO EXPLAIN YOUR FAILURE TO APPEAR AND TO DISCLOSE YOUR

4  ASSETS

6  Dated this _____ day of August 2017.

8  JUDGE OF THE DISTRICT COURT

ORDER FOR APPEARANCE OF JUDGMENT DEBTOR