UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES D. CROSBY,<br><br>       Plaintiff,<br>v.<br>PHILIP NEUMAN,<br><br>       Defendant. | Case No. 2:17-cv-02474-JCM-PAL<br><br>**ORDER**<br><br>(Mot. Pro Se File Elect. – ECF No. 11) |

This matter is before the court on Plaintiff James D. Crosby's Motion for Leave to File Electronically as *In Pro Per* Party (ECF No. 11), filed December 2, 2017. This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Plaintiff asks the court to allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case. Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Electronically as *In Pro Per* Party (ECF No. 11) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. If he has not already done so, Plaintiff must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil & Criminal Events Menu, and file certification on or before **December 19, 2017**, indicating that he is familiar with the electronic filing procedures and best practices.

/ / /

1

  b. Plaintiff is not authorized to file electronically unless the certification is filed with the court within the specified time frame.

  c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up (or reactivate) a CM/ECF account.

Dated this 6th day of December, 2017.

                  _____
                  PEGGY A. LEEN
                  UNITED STATES MAGISTRATE JUDGE