Boris Avramski, Esq.
Nevada Bar No. 11350
5594 S. Fort Apache Rd., Ste. 120
Las Vegas, NV 89148
Tel.: (702) 629-7553
Fax: (702) 629-2276
Email: Boris@vegaswestattorneys.com
*Attorneys for Defendant Phil Neuman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES D. CROSBY,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP NEUMAN,<br><br>Defendant. | Case No.: 2:17-cv-02474-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND [doc 19]**<br><br>**(FIRST REQUEST)** |

Defendant, Philip Neuman, by and through his attorney of record, Boris Avramski, Esq., and Plaintiff, James D, Crosby, in proper person, hereby stipulate to extend the deadline for Defendant to file an Opposition to Plaintiff's Motion to Remand filed on January 16, 2018, [doc 19].

WHEREAS, Plaintiff filed his Motion to Remand on January 16, 2018;

WHEREAS, the deadline for Defendant to file an Opposition is January 30, 2018;

WHEREAS, the Parties have agreed to extend the time for Defendant to file an opposition to Plaintiff's Motion to Remand to February 13, 2018;

WHEREAS, this is the first request for an extension of time for Defendant to file his Opposition to Plaintiff's Motion to Remand and is not intended to cause any delay or prejudice to any party and the reason for the extension is that counsel for the Defendant needs more time to draft and file said Opposition.

///

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendant to file and Opposition to Plaintiff's Motion to Remand [doc 19] is extended from January 30, 2018, to **February 13, 2018**.

DATED this 31st of January, 2018          DATED this 31st of January, 2018

/s/Boris Avramski                                    /s/James D. Crosby
Boris Avramski, Esq.                               James D. Crosby (State Bar No. 110383)
Nevada Bar No. 11350                             Attorney at Law
5594 S. Fort Apache Rd., Ste. 120           550 West C Street, Suite 790
Las Vegas, NV 89148                             San Diego, California 92101
Tel.: (702) 629-7553                               Telephone: (619) 450-4149
Fax: (702) 629-2276                               Email: crosby@crosbyattorney.com
Email: Boris@vegaswestattorneys.com   *Plaintiff and Judgment Creditor In Pro Per*
*Attorneys for Defendant Phil Neuman*

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendant, Philip Neuman, to file an Opposition to Plaintiff's Motion to Remand [doc 19] shall be extended from January 30, 2018, to February 13, 2018.

**IT IS SO ORDERED.**

DATED February 2, 2018.

U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND OF PLAINTIFF JAMES D. CROSBY [doc 19]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system as follows

James D. Crosby, pro se Plaintiff
crosby@crosbyattorney.com

DATED this 31st day of January, 2018.

*/s/ Boris Avramski*
BORIS AVRAMSKI, ESQ